**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>The Clare at Water Tower,<br><br>Debtor. | ) Chapter 11<br>)<br>) Case No. 11-46151<br>)<br>) Hon. Timothy A. Barnes<br>)<br>) |

**NOTICE OF FILING OF PROPOSED AMENDED FINAL ORDER IN CONNECTION WITH MOTION OF DEBTOR FOR INTERIM AND FINAL ORDERS UNDER 11 U.S.C. §§ 105, 361, 362, 363, AND 364 AND BANKRUPTCY RULES 2002, 4001, AND 9014 (I) AUTHORIZING DEBTOR, AS DEBTOR IN POSSESSION, TO (A) USE CASH COLLATERAL AND (B) INCUR POSTPETITION SECURED INDEBTEDNESS, (II) GRANTING SECURITY INTERESTS AND SUPER-PRIORITY CLAIMS, (III) GRANTING ADEQUATE PROTECTION, (IV) MODIFYING AUTOMATIC STAY AND (V) SETTING FINAL HEARING**

**PLEASE TAKE NOTICE** that on November 15, 2011, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Motion of Debtor for Interim and Final Orders Under 11 U.S.C. §§ 105, 361, 362, 363, and 364 and Bankruptcy Rules 2002, 4001, and 9014 (I) Authorizing Debtor, as Debtor in Possession, to (A) Use Cash Collateral and (B) Incur Postpetition Secured Indebtedness, (II) Granting Security Interests and Super-Priority Claims, (III) Granting Adequate Protection, (IV) Modifying Automatic Stay and (V) Setting Final Hearing* [Dkt. No. 26] (the "DIP Motion").

**PLEASE TAKE FURTHER NOTICE** that on December 21, 2011, the Court entered an order approving the DIP Motion on a final basis [Dkt. No. 151] (the "Final DIP Order").

**PLEASE TAKE FURTHER NOTICE** that at the hearing scheduled before the Court on June 12, 2012 at 10:00 a.m. (prevailing Central Time), the Debtor will seek entry of an order amending the Final DIP Order (the "Proposed Amended Final DIP Order").

EAST\48516288.1

**ATTACHED HERETO** as <u>Exhibit A</u> is a blackline copy comparing the Proposed Amended Final DIP Order against the Final DIP Order.

**ATTACHED HERETO** as <u>Exhibit B</u> is the proposed language that has been added to the Proposed Amended Final DIP Order.

Dated: May 18, 2012                                          /s/ *Matthew M. Murphy*

Thomas R. Califano, NY Bar No. 2286144         Matthew M. Murphy (ARDC No. 06208157)
George B. South III, NY Bar No. 2446771          DLA PIPER LLP (US)
DLA PIPER LLP (US)                                          203 North LaSalle Street, Suite 1900
1251 Avenue of the Americas                            Chicago, Illinois 60601
New York, New York 10020                             Telephone: (312) 368-4000
Telephone: (212) 335-4500                                Facsimile: (312) 236-7516
Facsimile: (212) 335-4501

*Counsel for the Debtor and Debtor in Possession*