## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
|  | ) Case No. 11-46151 |
| The Clare at Water Tower, | ) |
|  | ) Hon. Timothy A. Barnes |
| Debtor. | ) **Hearing Date: June 12, 2012 at 10:00 a.m.** |
|  | ) **(Central Standard Time)** |
|  | ) |

NOTICE OF MOTION

Please take notice that on June 8, 2012, the Debtor filed this **MOTION TO APPROVE AMENDED FINAL ORDER (I) AUTHORIZING DEBTOR TO OBTAIN POSTPETITION FINANCING ON A SENIOR SECURED SUPERPRIORITY BASIS PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, AND 364, AND (II) GRANTING RELATED RELIEF** (the "Motion").

PLEASE TAKE FURTHER NOTICE THAT on June 12, 2012 at 10:00 a.m. (prevailing Central Time) a hearing on the Motion shall take place before the Honorable Timothy A. Barnes or before any other judge who may be sitting in his place and stead, in Courtroom 642 in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, at which time you may appear if you deem fit.

Dated: June 8, 2012

Matthew M. Murphy (ARDC No. 06208157)
DLA PIPER LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
Telephone:  (312) 368-4000
Facsimile:  (312) 236-7516

Thomas R. Califano, NY Bar No. 2286144
George B. South III, NY Bar No. 2446771
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 335-4500
Facsimile:  (212) 335-4501

 /s/ *Matthew M. Murphy*
Attorneys for Debtor and Debtor in possession

EAST\48707600.2

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| The Clare at Water Tower, | ) Case No. 11-46151 |
| | ) |
| | ) Hon. Timothy A. Barnes |
| Debtor. | ) **Hearing Date: June 12, 2012 at 10:00 a.m.** |
| | ) **(Central Standard Time)** |
| | ) |

**MOTION TO APPROVE AMENDED FINAL ORDER (I) AUTHORIZING
DEBTOR TO OBTAIN POSTPETITION FINANCING ON A
SENIOR SECURED SUPERPRIORITY BASIS PURSUANT TO 11
U.S.C. §§ 105, 361, 362, 363, AND 364, AND (II) GRANTING RELATED RELIEF**

The Clare at Water Tower, as debtor and debtor in possession in the above-captioned

chapter 11 case (the "Debtor"), by and through its counsel, hereby files this motion (the

"Motion")[1] for an order substantially in the form attached hereto as Exhibit 1 (the "Proposed

Amended Final DIP Order"), amending so as to clarify the Court's order entered on December

21, 2011 [Dkt. No. 151] (the "Final DIP Order"), which approved the *Motion of Debtor for*

*Interim and Final Orders Under 11 U.S.C. §§ 105, 361, 362, 363, and 364 and Bankruptcy Rules*

*2002, 4001, and 9014 (I) Authorizing Debtor, as Debtor in Possession, to (A) Use Cash*

*Collateral and (B) Incur Postpetition Secured Indebtedness, (II) Granting Security Interests and*

*Super-Priority Claims, (III) Granting Adequate Protection, (IV) Modifying Automatic Stay and*

*(V) Setting Final Hearing* [Dkt. No. 26] (the "DIP Motion") on a final basis.  In support of the

Motion, the Debtor hereby states as follows:

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Debtor's Fifth Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Dkt. No. 357] (the "Plan").

## JURISDICTION AND VENUE

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is appropriate in this matter in accordance with 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding as defined under 28 U.S.C. § 157(b)(2).

## BACKGROUND

2.      On November 14, 2011 (the "Petition Date"), the Debtor filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

3.      The Debtor is continuing to operate its business and manage its property as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.      December 1, 2011, an official committee of unsecured creditors was appointed in this case.  No trustee or examiner has been appointed in the Debtor's chapter 11 case.

5.      On December 21, 2011, the Court entered the Final DIP Order.

6.      On May 18, 2012, in response to concerns raised by the DIP Lender with respect to timing of the payments in respect of the DIP Loan Agreement, the Debtor filed a *Notice of Filing of Proposed Amended Final Order in Connection with Motion of Debtor for Interim and Final Orders Under 11 U.S.C. §§ 105, 361, 362, 363, And 364 and Bankruptcy Rules 2002, 4001, and 9014 (I) Authorizing Debtor, as Debtor in Possession, to (A) Use Cash Collateral and (B) Incur Postpetition Secured Indebtedness, (II) Granting Security Interests and Super-Priority Claims, (III) Granting Adequate Protection, (IV) Modifying Automatic Stay And (V) Setting Final Hearing* [Dkt. No. 406] (the "Proposed Amended Final DIP Order Notice"), notifying parties in interest of the following proposed additional language to be added to the Final  DIP Order:

**Asset Sale.**  In accordance with the *Debtor's Fifth Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Dkt. No. 357] (the "Plan"), the DIP Lender shall be paid in Cash at Closing from the proceeds of the Asset Sale.  Each capitalized word in the previous sentence shall have the meaning ascribed to it in the Plan.

7.      On May 18, 2012, the Proposed Amended Final DIP Order Notice was served on the various parties in interest, notifying parties in interest of a hearing on the Proposed Amended Final DIP Order to take place on June 12, 2012.  On May 23, 2012, a certificate of service evidencing such service was filed with this Court [Dkt. No. 412].

8.      All parties in interest have agreed to entry of the Proposed Amended Final DIP Order.  Indeed, as of the date hereof, there have been no objections to entry of the Proposed Amended Final DIP Order.

9.      On June 7, 2012, the Debtor became aware that the Proposed Amended Final DIP Order Notice was listed on the docket as an "incorrect entry" and, thereafter was informed by the Court that the Debtor should file this Motion.

10.     The Debtor seeks to have the Proposed Amended Final DIP Order entered in connection with the hearing scheduled before this Court on June 12, 2012 at 10:00 a.m.

11.     For the Court's convenience, attached hereto as Exhibit 2 is a blackline copy comparing the Proposed Amended Final DIP Order against the Final DIP Order.

**RELIEF REQUESTED**

12.      By this Motion, the Debtor seeks entry of the Proposed Amended Final DIP Order

attached hereto as Exhibit 1 in order to clarify the parties' intent in connection with the Final DIP

Order.

WHEREFORE, the Debtor requests this Court to enter the proposed order attached hereto

as Exhibit 1 granting this Motion and entering the Proposed Amended Final DIP Order, and

granting such other relief as it deems just and appropriate.

Dated: June 8, 2012                                    /s/ *Matthew M. Murphy*
      Chicago, Illinois                              Matthew M. Murphy (ARDC No. 06208157)
                                                       DLA PIPER LLP (US)
                                                       203 North LaSalle Street, Suite 1900
                                                       Chicago, Illinois 60601
                                                       Telephone:  (312) 368-4000
                                                       Facsimile:   (312) 236-7516

                                                       Thomas R. Califano, NY Bar No. 2286144
                                                       George B. South III, NY Bar No. 2446771
                                                       DLA PIPER LLP (US)
                                                       1251 Avenue of the Americas
                                                       New York, New York 10020
                                                       Telephone:  (212) 335-4500
                                                       Facsimile:   (212) 335-4501

                                                       *Attorneys for Debtor and Debtor in possession*