**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| The Clare at Water Tower, | ) Case No. 11-46151 |
| | ) Hon. Timothy A. Barnes |
| | ) |
| Debtor. | ) **Hearing Date: July 2, 2012 at 2:00 p.m.** |
| | ) **(Central Standard Time)** |
| | ) **Objections Due: June 29, 2012 at 5:00 p.m.** |
| | ) **(Central Standard Time)** |

**NOTICE OF FINAL FEE APPLICATION**

**PLEASE TAKE NOTICE THAT ON JUNE 22, 2012, DELOITTE FINANCIAL ADVISORY SERVICES LLP FILED ITS FINAL FEE APPLICATION OF DELOITTE FINANCIAL ADVISORY SERVICES LLP AS RESTRUCTURING ADVISOR TO THE DEBTOR, SEEKING ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES UNDER SECTIONS 330 AND 331 OF THE BANKRUPTCY CODE (THE "FINAL FEE APPLICATION").**

PLEASE TAKE FURTHER NOTICE THAT on July 2, 2012 2:00 p.m. (prevailing Central Time), a hearing on the Final Fee Application shall take place before the Honorable Timothy A. Barnes or before any other judge who may be sitting in his place and stead, in Courtroom 642 in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, at which time you may appear if you deem fit.

Dated: June 22, 2012

Matthew M. Murphy (ARDC No. 06208157)
DLA PIPER LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
Telephone: (312) 368-4000
Facsimile: (312) 236-7516

Thomas R. Califano, NY Bar No. 2286144
George B. South III, NY Bar No. 2446771
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*/s/ Matthew M. Murphy*
Attorneys for Debtor and Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11<br>) |
| The Clare at Water Tower, | ) Case No. 11-46151<br>) Hon. Timothy A. Barnes<br>) |
| Debtor. | ) **Hearing Date: July 2, 2012 at 2:00 p.m.**<br>) **(Central Standard Time)**<br>) **Objections Due: June 29, 2012 at 5:00 p.m.**<br>) **(Central Standard Time)** |

**COVER SHEET FOR FINAL FEE APPLICATION OF DELOITTE FINANCIAL ADVISORY SERVICES LLP AS RESTRUCTURING ADVISOR FOR THE DEBTOR SEEKING ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

(PURSUANT TO LOCAL RULE 5082-1(A))

| | |
|---|---|
| Name of Applicant: | Deloitte Financial Advisory Services LLP |
| Authorized to Provide Professional Services to: | The Clare at Water Tower |
| Date of Order Authorizing Employment: | Effective *Nunc Pro Tunc* to Nov. 14, 2011 by Order Entered on Jan. 18, 2012 [Docket No. 194] |
| Period for Which Compensation is Sought: | November 14, 2011 through April 27, 2012 |
| Amount of Fees Sought: | $640,220.25[1] |
| Amount of Expense Reimbursement Sought: | $46,128.12 |
| Amount of Fees and Expenses Written-off/Waived During Compensation Period | N.A. |

| | | |
|---|---|---|
| This is a(n): | ☐ Interim Application | ☒ Final Fee Application |

If this is not the first application filed herein by this professional, disclose as to all prior fees:

[1] This amount reflects a net adjustment of $9,747.00 in additional fees inadvertently omitted from the monthly fees statements and First Interim Fee Application.

*[Signature page follows]*

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| | 11/14/11-2/29/12 | $427,345.84 | N.A. | $465, 756.77[2] |

Dated: New York, New York
June 22, 2012

Louis E. Robichaux IV
Principal
Deloitte Financial Advisory Services LLP
2200 Ross Ave, Ste. 1600
Dallas, TX 75201
Telephone: 214-840-7769

---

[2] This amount reflects $77,353.77 anticipated to be paid on June 25, 2012 pursuant to the Interim Compensation Order.

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| The Clare at Water Tower, | ) | Case No. 11-46151 |
| | ) | Hon. Timothy A. Barnes |
| Debtor. | ) | |
| | ) | **Hearing Date: July 2, 2012 at 2:00 p.m. (Central Standard Time)** |
| | ) | **Objection Due: June 29, 2012 at 5:00 p.m. (Central Standard Time)** |

# FINAL FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES OF DELOITTE FINANCIAL ADVISORY SERVICES LLP RESTRUCTURING ADVISOR TO THE DEBTOR AND DEBTOR-IN-POSSESSION FOR THE PERIOD OF NOVEMBER 14, 2011 THROUGH APRIL 27, 2012

| | | |
|---|---|---|
| Name of Applicant: | | Deloitte Financial Advisory Services LLP |
| Authorized to Provide Professional Services as: | | Restructuring Advisor to the Debtors |
| Date of Retention: | | Effective *Nunc Pro Tunc to November 14, 2011* by Order Entered January 18, 2012 |
| Period for which Compensation and Reimbursement is Sought: | | November 14, 2011 through April 27, 2012 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary | $ | 678,098.00 |
| Less 50% of Non-Working Travel | $ | (27,342.75) |
| Total Compensation Requested | $ | 650,755.25 |
| Amount of Expense Reimbursement Sought | $ | 46,128.12 |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary (100%) | **$** | **696,883.37** |

This is the Applicant's Final Fee Application.

**Prior Fee Statements Served**

| Date Served | Period Covered | Requested Fees | Requested Expenses | Approved/Paid Fees | Approved/Paid Expenses |
|---|---|---|---|---|---|
| 04/03/12 | 11/14/11 through 01/31/2012 | $ 268,359.50 | $ 13,186.29 | $ 174,433.68 | $ 13,186.29 |
| 04/13/12 | 02/01/12 through 02/29/12 | $ 136,631.50 | $ 8,583.55 | $ 88,810.28 | $ 8,583.55 |
| 05/15/12 | 03/01/12 through 03/31/12 | $ 141,536.75 | $ 11,389.97 | $ 91,998.89 | $ 11,389.97 |
| 06/09/12 | 04/01/12 through 04/30/12 | $ 98,636.75 | $ 13,239.68 | $ 64,113.89 | $ 13,239.68 |
| **TOTAL** | | **$ 645,164.50** | **$ 46,399.49** | **$ 419,356.74** | **$ 46,399.49** |

**Prior Interim Fee Applications Filed**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 4/17/2012 [Dkt. No. 330] | 11/14/11 through 02/29/2012 | $ 405,576.00 | $ 21,769.84 | Hearing Adjourned | Hearing Adjourned |
| **TOTAL** | | **$ 405,576.00** | **$ 21,769.84** | | |

**CUMULATIVE TIME SUMMARY**
For the Period of November 14, 2011 through April 27, 2012

**The Clare at Water Tower**
**Deloitte Financial Advisory Services LLP**
**Cumulative Fees by Professional**
**For the Statement Period of**
**November 14, 2011 through April 27, 2012**

| Name | Title | Billable Hours | Hourly Rate | Total Fees |
|---|---|---|---|---|
| Robichaux, Louis | Principal | 267.2 | $ 595.00 | $ 158,984.00 |
| Cunningham, Julia | Manager | 4.6 | $ 365.00 | $ 1,679.00 |
| Perry, Russell | Manager | 835.2 | $ 365.00 | $ 304,848.00 |
| Berbit, Alex | Senior Associate | 324.0 | $ 260.00 | $ 84,240.00 |
| Hu, Cynthia | Senior Associate | 16.4 | $ 260.00 | $ 4,264.00 |
| Laundy, Pippa | Senior Associate | 155.3 | $ 260.00 | $ 40,378.00 |
| Zammit, Justin | Associate | 273.0 | $ 260.00 | $ 70,980.00 |
| Austin, Carisa | Paraprofessional | 40.3 | $ 125.00 | $ 5,037.50 |
| Holden, Chris | Paraprofessional | 57.5 | $ 125.00 | $ 7,187.50 |
| Sovern, Brittany | Paraprofessional | 4.0 | $ 125.00 | $ 500.00 |
| **TOTALS** | | **1,977.5** Hours | | **$ 678,098.00** |
| | | Less: Non-Working Travel Reduction | | $ (27,342.75) |
| | | Total amount Requested | | **$ 650,755.25** * |

* This amount reflects a net adjustment of $9,747.00 in additional trailing fees that were inadvertently omitted from the monthly fee statements previously submitted and from the First Interim Fee Application. The exhibits hereto providing detailed descriptions of the services have accordingly been revised to reflect these additional services.

**CUMULATIVE FEES BY CATEGORY SUMMARY**
For the Period of November 14, 2011 through April 27, 2012

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Assist with Preparation of Plan of Reorganization/Disclosure Statement | 106.8 | $ 37,707.50 |
| Cash Flow Analysis and DIP Budgeting | 759.5 | $ 245,959.50 |
| Debtor Bankruptcy Administration | 23.3 | $ 9,574.50 |
| Firm Retention | 15.2 | $ 8,055.00 |
| General Restructuring Advice & Consultation | 201.0 | $ 86,679.00 |
| M&A Due Diligence Requests | 149.4 | $ 55,007.00 |
| M&A Sale Support | 130.0 | $ 47,571.50 |
| Monthly Operating Reports | 68.5 | $ 21,904.50 |
| Non-Working Travel | 155.6 | $ 54,685.50 |
| Preparation of 503(b)(9) Analysis | 49.1 | $ 14,327.00 |
| Preparation of Fee Applications | 134.3 | $ 26,436.00 |
| Preparation of SOFA/SOAL | 113.6 | $ 40,359.50 |
| Resident Related Documentation Support | 71.2 | $ 29,831.50 |
| **SUBTOTAL** | | $ 678,098.00 |
| Less: Non-Working Travel Reduction | | $ (27,342.75) |
| **TOTALS** | **1,977.5** | **$ 650,755.25** |

**CUMULATIVE EXPENSE SUMMARY**
For the Period of November 14, 2011 through April 27, 2012

| Description | Expense | |
|---|---|---|
| Travel- Airfare | $ | 20,628.18 |
| Travel- Auto Rental | $ | 4,147.83 |
| Travel- Auto Tolls | $ | 391.56 |
| Travel- Car Service/Transportation | $ | 1,717.26 |
| Travel- Hotel | $ | 9,582.14 |
| Travel- Meals | $ | 7,417.98 |
| Travel- Mileage | $ | 439.56 |
| Travel- Parking | $ | 1,803.61 |
| | | |
| **TOTAL** | **$** | **46,128.12** |

* Deloitte Financial Advisory Services LLP ("Deloitte FAS") is also engaged to perform professional services as Restructuring Advisor to Franciscan Communities St. Mary of the Woods, Inc., a debtor subject to bankruptcy proceedings in the Northern District of Ohio Bankruptcy Court [Case No. 11-19865] and an affiliate of The Franciscan Sisters of Chicago Service Corporation. Typically, Deloitte FAS incurs expenses concurrently with respect to both debtors. The majority of travel-related expenses have been allocated between both matters by each professional based on that professional's estimated activities during each out-of-town travel period. Certain expenses that pertain solely to this matter were allocated 100% to this Debtor.

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| The Clare at Water Tower, | ) Case No. 11-46151 |
| | ) Hon. Timothy A. Barnes |
| Debtor. | ) **Hearing Date: July 2, 2012 at 2:00 p.m. (Central Standard Time)** |
| | ) **Objection Due: June 29, 2012 at 5:00 p.m. (Central Standard Time)** |

**FINAL FEE APPLICATION FOR**
**COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES OF DELOITTE FINANCIAL ADVISORY SERVICES LLP RESTRUCTURING ADVISOR TO THE DEBTOR AND DEBTOR-IN-POSSESSION FOR THE PERIOD OF NOVEMBER 14, 2011 THROUGH APRIL 27, 2012**

**TO THE HONORABLE TIMOTHY A. BARNES, U.S. BANKRUPTCY JUDGE:**

Deloitte Financial Advisory Services LLP ("Deloitte FAS" or the "Applicant"), Restructuring Advisor to The Clare at Water Tower, as debtor and debtor in possession (the "Debtor") hereby submits this second interim and Final Fee Application for Compensation for Services Rendered and Reimbursement of Expenses of Deloitte Financial Advisory Services LLP as Restructuring Advisor for the Period of November 14, 2011 through and including April 27, 2012 (the "Final Fee Application") in this Chapter 11 case. The Final Fee Application includes supporting schedules for the second interim period, commencing March 1, 2012 through and including April 27, 2012 (the "Interim Compensation Period"). The Final Fee Application also subsumes services rendered and related expenses incurred as was set forth in the First Interim Fee Application [Docket No. 330] which covered the period of November 14, 2011 through February 29, 2012 and as to which the Court has adjourned the hearing. In support of this Final Fee Application, Deloitte FAS respectfully represents as follows:

## INTRODUCTION

1. By this Final Fee Application, Deloitte FAS seeks final allowance of compensation and reimbursement of expenses, pursuant to sections 327, 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of the United State Bankruptcy Court for the Northern District of Illinois (the "Local Rules") for its professional fees incurred during the Final Application Period.

## JURISDICTION

2. The Court has subject matter jurisdiction to consider and determine this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## STATUTORY BASIS

3. The statutory predicates for the relief requested herein are: (i) sections 327, 330 and 331 of the Bankruptcy Code; (ii) Rule 2016 of the Bankruptcy Rules; (iii) Local Rules, and (iv) the Compensation Order (as defined below).

## BACKGROUND

4. On November 14, 2011 (the "Petition Date"), the Debtor commenced this case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

5. On December 1, 2011, an official committee of unsecured creditors was appointed in this case.

6. The Debtor has continued in the possession of its property and has continued to operate and manage its business as a Debtor in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

7. On January 11, 2012, the Court signed the *Order Under 11 U.S.C. §§ 105 (A) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* ("Compensation Order").

## RETENTION OF DELOITTE FAS

8. On December 13, 2011, the Debtor filed the *Application to Employ Deloitte Financial Advisory Services LLP as Restructuring Advisor Nunc Pro Tunc to the Petition Date* [Docket No. 126].

9. On January 19, 2012, this Court approved Deloitte FAS's retention as Restructuring Advisor to the Debtor *nunc pro tunc* to the Petition Date [Docket No. 194].

## RELIEF REQUESTED

10. By this Final Fee Application, Deloitte FAS seeks final compensation of 100% of its reasonable and necessary fees incurred, in the amount of $650,755.25, together with reimbursement of 100% of its actual and necessary expenses incurred in the amount of $46,128.12, for the Final Application Period. Of these amounts, $247,750.00 in such fees and $24,358.28 in such expenses represents compensation for services rendered and reimbursement incurred during the Interim Compensation Period. Deloitte FAS submits this Final Fee Application in accordance with the Compensation Order. All services for which Deloitte FAS requests compensation were performed for, or on behalf of, the Debtor.

11. By this Final Fee Application and in accordance with the Compensation Order, Deloitte FAS seeks the entry of an order, substantially in the form of the Proposed Order (the "Proposed Order"), attached hereto as Exhibit A, (i) allowing on a final basis fees in the amount of $650,755.25 as reasonable compensation for 1,977.5 hours of actual and necessary professional services rendered by Deloitte FAS to the Debtor during the Final Application Period, (ii) allowing on a final basis out-of-pocket expenses in the amount of $46,128.12 as actual and necessary charges and disbursements incurred by Deloitte FAS while providing services to the Debtor during the Final Application Period, and (iii) authorizing and directing the Debtor to remit to Deloitte FAS the sum of $696,883.37, less amounts if any, already paid by the Debtor in respect to the Final Application Period.

## BASIS FOR RELIEF

12. As noted above, this Final Fee Application is also the second interim fee application filed by Deloitte FAS in this case. Deloitte FAS has previously submitted monthly fee statements pursuant to

the Compensation Order, as to which no objections have been received. Deloitte FAS has been paid 80% of requested fees and 100% of requested expenses consistent with the applicable procedures set fort h in the Compensation Order.

13. A detailed statement of hours spent rendering professional services to the Debtor, in support of Deloitte FAS's request for compensation for fees incurred during the Final Application Period, is attached hereto as Exhibit B. Exhibit B (i) identifies the professionals and paraprofessionals that rendered services in each project category; (ii) describes each service such professional or paraprofessional performed; and (iii) sets forth the number of hours in increments of one-tenth of an hour spent by each individual providing the services.

14. While the Applicant's services required a significant level of interaction with the Debtor's investment bankers, Houlihan Lokey Capital, Inc. ("Houlihan Lokey") and legal counsel, significant effort was made to avoid duplication of effort.

15. Approximately sixteen percent of the Applicant's recorded hours were devoted to responding to and fulfilling the M&A due diligence requests of numerous potential purchasers and providing other ancillary support in the sale process. For these task categories, it is important to distinguish between the roles of the Applicant and Houlihan Lokey. Houlihan Lokey had primary responsibility for interaction with potential purchasers in order to obtain a clear listing of the due diligence information requests. Houlihan Lokey also prepared all management presentation documents and participated in all management presentation to potential buyers. Furthermore, Houlihan Lokey managed the electronic data room in which all due diligence information was posted. The Applicant was not involved in these activities and did not duplicate the efforts of Houlihan Lokey. The Applicant's involvement in the M&A due diligence process began once Houlihan received and clarified requests from the interested parties. The Applicant was assigned primary responsibility for working on-site with the personnel of the Debtor to obtain documents and information that were responsive to the potential buyers' requests.

16. In accordance with the factors enumerated in section 330 of the Bankruptcy Code,

Deloitte FAS respectfully submits that the amount of fees requested is fair and reasonable given: (i) the complexity of this case; (ii) the time expended; (iii) the nature and extent of the services rendered; (iv) the value of such services; and (v) the costs of comparable services other than in a case under the Bankruptcy Code.

17. By this Final Fee Application, Deloitte FAS also seeks expense reimbursement of $46,128.12. A summary of actual and necessary expenses incurred by Deloitte FAS is attached hereto as Exhibit C. Deloitte FAS does not charge for photocopying, out-going facsimile transmissions, or long distance telephone calls on faxes. Deloitte FAS customarily charges for conference call expenses.

## DESCRIPTION OF SERVICES RENDERED

18. Deloitte FAS provides below an overview of the services it rendered as Restructuring Advisor to the Debtor during the Final Application Period. Detailed descriptions of these services, the amount of fees incurred, and the amount of hours spent providing services throughout the Final Application Period are also provided in the pending First Interim Fee Application and in the attached Exhibits hereto.

19. Deloitte FAS served or advised the Debtor in the following areas throughout the Final Application Period:

*a. Assist with Preparation of Plan of Reorganization/Disclosure Statement*

- Advised and assisted the Debtor and the Debtor's legal counsel in the development of a plan of reorganization and disclosure statement;
- Advised and assisted the Debtor with the preparation of a detailed, complex liquidation analysis; and
- Advised and assisted the Debtor and the Debtor's professionals with various reorganization alternatives and their financial implications as it pertains to the preparation of the plan of reorganization and disclosure statement.

*b. Cash Flow Analysis and DIP Budgeting*

- Advised and assisted the Debtor in its monitoring and tracking of funding needs (e.g. debtor-in-possession financing model);
- Advised and assisted the Debtor in its refinement of its cash management and cash flow forecasting process, including the monitoring of actual versus projected cash flows; and
- Advised and assisted the Debtor in its review and assessment of vendor relationships and other executory contracts.

c. *Debtor Bankruptcy Administration*

- Advised and assisted the Debtor and the Debtor's legal counsel with development of a vast array of business and financial information required for filing of motions and other bankruptcy disclosures.

d. *General Restructuring Advice & Consultation*

- Advised and assisted the Debtor in its gaining an understanding of the business and financial impact of various available strategic restructuring alternatives; and
- Advised and assisted the Debtor in connection with its communications and negotiations with other parties, including, but not limited to, secured creditors, customers, suppliers, and other parties in interest.

e. *M&A Due Diligence Requests*

- Advised and assisted the Debtor, the Debtor's legal counsel and Debtor's investment banking advisors in responding to third-party due diligence requests.

f. *M&A Sale Support*

- Advised and assisted the Debtor, the Debtor's legal counsel and Debtor's investment banking advisors with the preparation of certain financial analyses, including the sources and uses of sales proceeds and recovery analyses.

g. *Monthly Operating Reports*

- Advised and assisted the Debtor in the development of monthly operating reports dated from the beginning of the case through the date of this fee application.

h. *Preparation of 503(b)(9) Analysis*

- Advised and assisted the Debtor with a determination of estimated 503(b)(9) claims in order for the Debtor to appropriately analysis its exposure; and
- Advised and assisted the Debtor and its claims administrator with the reconciliation of filed 503(b)(9) claims.

i. *Preparation of SOFA/SOAL*

- Advised and assisted with the preparation of the Debtor's bankruptcy schedules of assets and liabilities, statement of financial affairs, and related global notes; and
- Advised and assisted with the preparation of amended bankruptcy schedules of assets and liabilities, statement of financial affairs, and related global notes.

j. *Resident Related Documentation Support*

- Advised and assisted the Debtor with multiple individual resident issues as they arose in this case, such as receivables balances, credits and refunds;
- Advised and assisted the Debtor in its development of a financial analysis related to resident tax refunds and deposits; and
- Advised and assisted the Debtor in its establishment and maintenance of an entrance fee escrow account and resident tax segregated tax account.

## ALLOWANCE OF COMPENSATION

20. **Compensation Sought.** Because of the benefits realized by the Debtor, the nature of services provided, the amount of work done, the time consumed and the skill required, Deloitte FAS requests that it be allowed, on a final basis, compensation for the professional services rendered during the Final Application Period in the sum of $650,755.25.

21. **Reimbursement of Expenses.** Deloitte FAS has disbursed, and requests reimbursement for $46,128.12, which represents actual, necessary expenses incurred in the rendition of professional services in this case.

22. No agreement or understanding exists between Deloitte FAS and any other nonaffiliated person or persons for the sharing of compensation received or to be received for professional services rendered in or in connection with this case.

**CERTIFICATE OF COMPLIANCE AND WAIVER**

23. Finally, the undersigned representative of Deloitte FAS certifies that Deloitte FAS or its counsel has reviewed the requirements of Rule 5082-1 of the Local Bankruptcy Rules and that this Final Fee Application substantially complies with that Local Bankruptcy Rule. To the extent that this Final Fee Application, together with the attachments hereto, does not comply in all respects with the requirements of Local Bankruptcy Rule 5082-1 or the Fee Review Committee Billing Guidelines issued by the Joint Review Committee of In re UAL Corp., Case No. 02-B-48191 (Bankr. N.D. Ill.) (the "UAL Guidelines"), Deloitte FAS believes that such deviations are not material and respectfully requests that any such requirement be waived for any such technical noncompliance.

24. Deloitte FAS understands that payment of its fees is to come from either the Debtors' operating cash or borrowings under the Debtor-in-Possession financing.

**PRAYER**

WHEREFORE, Deloitte FAS respectfully requests that the Court: (i) grant it allowance of compensation for professional services rendered to the Debtor during the Interim Compensation Period in the amount of $247,750.00, which represents 100% of the total compensation for professional services rendered during the Interim Compensation Period, (ii) grant it allowance on a final basis of compensation for professional services rendered to the Debtor during the Final Application Period in the amount of $650,755.25, which represents the total of compensation for professional services rendered during the Final Application Period, (iii) grant it reimbursement of $24,358.28, for reimbursement of 100% of the actual and necessary costs and expenses incurred by Deloitte FAS in this case during the Interim Compensation Period, (iv) grant it reimbursement on a final basis of $46,128.12 for reimbursement of 100% of the actual and necessary costs and expenses incurred by Deloitte FAS in this case during the Final Application Period, and (v) grant such other and further relief as is just and proper.

DATED: June 22, 2012

Respectfully submitted,
DELOITTE FINANCIAL ADVISORY SERVICES LLP

By:_

Louis E. Robichaux IV
Principal
2200 Ross Ave, Ste. 1600
Dallas, TX 75201
Telephone: 214-840-7769