**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| The Clare at Water Tower, | ) | Case No. 11-46151 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE THAT on July 3, 2012, the Prepetition Lender Parties and SNR Denton US LLP filed their **AGREED JOINT MOTION FOR ENTRY OF A SCHEDULING ORDER FOR DISCOVERY REGARDING THE AMENDED FIRST AND FINAL APPLICATION OF SNR DENTON US LLP FOR ALLOWANCE OF CHAPTER 11 ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES** (the "Motion").

    PLEASE TAKE FURTHER NOTICE THAT on July 10, 2012 at 10:00 a.m. (prevailing Central Time) a hearing on the Motion shall take place before the Honorable Timothy A. Barnes or before any other judge who may be sitting in his place and stead, in Courtroom 642 in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, at which time you may appear if you deem fit.

Dated: July 3, 2012

                                      By:   /s/ Brian I. Swett

                                      Brian I. Swett (ARDC No. 6283211)
                                      Nancy Godinho Everett (ARDC No. 6289949)
                                      Myja K. Kjaer (ARDC No. 6292786)
                                      Winston & Strawn LLP
                                      35 West Wacker Drive
                                      Chicago, Illinois 60601
                                      Telephone: 312-558-3716
                                      Facsimile: 312-558-5700

                                      *Attorneys for Bank of America, N.A. on behalf of*
                                      *itself and certain Prepetition Letter of Credit Banks*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| The Clare at Water Tower, | ) | Case No. 11-46151 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |

**AGREED JOINT MOTION FOR ENTRY OF A SCHEDULING ORDER FOR DISCOVERY REGARDING THE AMENDED FIRST AND FINAL APPLICATION OF SNR DENTON US LLP FOR ALLOWANCE OF CHAPTER 11 ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

The Bank of New York Mellon Trust Company, N.A., as master trustee under that certain Master Trust Indenture, dated as of July 1, 2010 (as amended, the "Master Trust Indenture"), and as series trustee under various series indentures (in all such capacities, the "Trustee"), Wells Fargo Bank, N.A., as successor series trustee for the Series 2010 Bonds (as defined in the Master Trust Indenture) (in such capacity, "Wells Fargo") and Bank of America, N.A., on behalf of itself and certain prepetition letter of credit banks ("Bank of America," and, collectively with the Trustee and Wells Fargo, the "Prepetition Lender Parties") and SNR Denton US LLP ("SNR"), by and through their respective undersigned counsel, respectfully move pursuant to Rules 7026 and 9014(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and 11 U.S.C. § 105, for entry of a scheduling order relating to discovery regarding the Amended First and Final Application of SNR Denton US LLP for Allowance of Chapter 11 Administrative Claim for Compensation and Reimbursement of Expenses [Docket No. 454] (the "Fee Application") in the above-captioned case.

**Background**

1. On June 25, 2012, SNR filed the Fee Application with respect to fees and expenses incurred by SNR in its representation of the Official Committee of Unsecured Creditors in the above-captioned case.

2. On June 26, 2012, the Prepetition Lender Parties filed that certain Joint Preliminary Objection and Reservation of Rights of the Prepetition Lender Parties to the Fee Application [Docket No. 461] (the "Objection") and that certain Notice of Deposition of Betty A. Bergstrom [Docket No. 462] (the "Deposition Notice").

3. On June 26, 2012, SNR accepted service of that certain First Set of Joint Interrogatory Requests Propounded by Prepetition Lender Parties (the "PLP Interrogatory Request") and that certain First Set of Joint Requests of the Prepetition Lender Parties to SNR for the Production of Documents (the "PLP Document Request").

4. On June 27, 2012, the Court held a hearing on, inter alia, the status of the above-captioned case (the "June 27th Hearing").

5. At the June 27th Hearing, the Court set July 18, 2012 (the "July 18th Hearing") as the date by which the Court would rule with respect to, inter alia, matters relating to professional fee applications in the above-captioned case including, without limitation, the Fee Application.

6. On July 3, 2012, SNR served the Prepetition Lender Parties with SNR Denton US LLP's First Set of Interrogatories Directed to the Prepetition Lender Parties (the "Interrogatory Requests") and SNR Denton US LLP's First Set of Document Requests Directed to the Prepetition Lender Parties (the "Document Requests").

7. As discussed at the June 27th Hearing, SNR and the Prepetition Lender Parties request that the Court enter an order (the "Scheduling Order"), in the form attached hereto as

Exhibit A, approving the proposed discovery schedule set forth herein (the "Discovery Schedule").

**Request for Relief**

8.  The Objection is a contested matter governed by Bankruptcy Rule 9014. Bankruptcy Rule 9014(c) directs application of the discovery rules made applicable by Rule 7026 et seq.

9.  Bankruptcy Rule 7026 makes applicable the provisions of Rule 26 of the Federal Rules of Civil Procedure. Rule 26(b)(1) permits discovery of "any matter, not privileged, that is relevant to the claim or defense of any party …" in order to provide "reasonable notice and opportunity for hearing." Fed. R. Civ. P. 26(b)(1).

10. In accordance with Rule 7037-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois, the parties conferred to resolve all matters with respect to the pending discovery requests and any other discovery requests which may be served with respect to the Fee Application.

11. Given the limited time available to the parties before the July 18th Hearing, the Prepetition Lender Parties and SNR agreed to the discovery schedule set forth herein and believe it is reasonable.

12. The Prepetition Lender Parties and SNR have agreed to the following discovery schedule:

   A.   July 6, 2012 – Date by which SNR will respond to the PLP Interrogatory Request and the PLP Document Request.

   B.   July 9, 2012 – Deposition of Betty Bergstrom at 2:00 p.m. Central Standard Time in the boardroom on the 19th floor of The Clare at Water Tower, 55 East

3

Pearson Street, Chicago, Illinois 60611. Only one attorney representing the Prepetition Lender Parties shall be permitted to ask Ms. Bergstrom questions at the deposition.

      C.      July 11, 2012 – Date by which the Prepetition Lender Parties will respond to the Interrogatory Requests and the Document Requests.

      D.      July 11, 2012 – Date by which parties must exchange final witness lists and lists of exhibits to be used at the July 18th Hearing.

      E.      July 12, 2012 at 12:00 p.m. Central Standard Time – Date by which any supplemental objections to the Fee Application must be filed and served on SNR.

      F.      July 13, 2012 – Date by which all depositions must be taken.

4

WHEREFORE, the Prepetition Lender Parties and SNR respectfully request that the Court enter the Scheduling Order attached hereto as <u>Exhibit A</u>.

| | |
|---|---|
| By: /s/ Brian I. Swett | By: /s/ William P. Smith |
| Brian I. Swett (ARDC No. 6238211)<br>Myja K. Kjaer (ARDC No. 6289949)<br>Nancy Godinho Everett (ARDC No. 6292786)<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, Illinois 60601<br>Telephone: 312-558-3716<br>Facsimile: 312-558-5700 | William P. Smith (ARDC No. 6187205)<br>Nathan F. Coco (ARDC No. 6236870)<br>Roberto A. Dall'Asta (ARDC No. 6299596)<br>McDermott Will & Emery LLP<br>227 West Monroe Street, Suite 4700<br>Chicago, Illinois 60606<br>Telephone: 312-372-2000<br>Facsimile: 312-984-7700 |
| *Attorneys for Bank of America, N.A. on behalf of itself and certain Prepetition Letter of Credit Banks* | *Attorneys for Wells Fargo Bank, N.A., in its capacity as Bond Trustee* |
| By: /s/ Clifton R. Jessup, Jr. | By: /s/ Stefanie L. Wowchuk |
| Clifton R. Jessup, Jr. (*pro hac vice*)<br>Greenberg Traurig, LLP<br>2200 Ross Avenue, Suite 5200<br>Dallas, Texas 75201<br>Telephone: 214-665-3638<br>Facsimile: 214-665-5938 | Stefanie L. Wowchuk (ARDC No. 6294131)<br>SNR Denton US LLP<br>233 S. Wacker Drive, Suite 7800<br>Chicago, IL 60606<br>Telephone: 312 876-8000<br>Facsimile: 312-876-7934 |
| *Attorney for The Bank of New York Mellon Trust Company, in its capacity as Master Trustee* | Sam Alberts (*pro hac vice*)<br>1301 K Street, NW<br>Suite 600, East Tower<br>Washington, D.C. 20005<br>Telephone: (202) 408-6400<br>Facsimile: (202) 408-6399 |

5