IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| The Clare at Water Tower, | § | Case No. 11-46151 |
| Debtor. | § | |
| | § | Hon. Timothy A. Barnes |
| | § | |
| | § | **Hearing Date: July 18, 2012 at 2:00 p.m. (CST)** |

## NOTICE OF AMENDED SUMMARY TO AMENDED FIRST AND FINAL FEE APPLICATION

PLEASE TAKE NOTICE THAT ON JUNE 25, 2012, SNR DENTON US LLP FILED ITS AMENDED FIRST AND FINAL FEE APPLICATION FOR ALLOWANCE OF CHAPTER 11 ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF DECEMBER 6, 2011 THROUGH MAY 31, 2012(THE "AMENDED FINAL FEE APPLICATION").

PLEASE TAKE NOTICE THAT ON JULY 13, 2012, SNR DENTON FILED ITS AMENDED SUMMARY OF AMENDED FIRST AND FINAL APPLICATION OF SNR DENTON US LLP FOR ALLOWANCE OF CHAPTER 11 ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES (attached hereto).

PLEASE TAKE FURTHER NOTICE THAT on July 18, 2012, at 2:00 p.m. (prevailing Central Time), a hearing on the Amended Final Fee Application shall take place before the Honorable Timothy A. Barnes or before any other judge who may be sitting in his place or stead, in Courtroom 642 in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, at which time you may appear if you deem fit.

Dated: July 13, 2012

SNR DENTON US LLP

/s/ Stefanie L. Wowchuk
Stefanie L. Wowchuk (IL Bar No. 6294131)
233 S. Wacker Drive
Suite 7800
Chicago, IL 60606
stefanie.wowchuk@snrdenton.com
Telephone: (312) 876-8000

13074284\V-3