UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Timothy A. Barnes | **Hearing Date** | July 18, 2012 |
| **Bankruptcy Case No.** | 11 B 46151 | **Adversary No.** | |
| **Title of Case** | The Clare at Water Tower | | |

**Brief Statement of Motion**: Applications For Compensation Heard On July 18, 2012

**Names and Addresses of moving counsel**:

**Representing**:

# ORDER

On July 18, 2012, the Court issued an oral ruling with respect to the applications for compensation, which ruling will become final on July 25, 2012 as to each applicant insofar as that applicant has not requested reconsideration on or by July 24, 2012. Each applicant not seeking reconsideration shall submit by July 25, 2012 a draft order on its application for compensation consistent with the Court's oral ruling. Any applicant wishing to forgo the right of reconsideration may submit an order with respect to its application, consistent with the Court's oral ruling, prior to that time, which submission will be deemed a waiver of the reconsideration right and which order will be entered immediately.

[signature]