UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 11-46151 |
| CWT Liquidation Company ) | | |
| ) | Chapter: | 11 |
| ) | Honorable Timothy Barnes | |
| ) | | |
| Debtor(s) ) | | |

## ORDER (I) GRANTING A FINAL DECREE AND CLOSING THE CASE AND (II) TERMINATING NOTICING, CLAIMS AND BALLOT AGENT SERVICES

This matter having come before the Court upon the motion of Louis A. Robichaux, IV, as the plan administrator (the "Plan Administrator") for an Order (I) Granting a Final Decree and Closing the Case and (II) Terminating Noticing, Claims and Ballot Agent Services (the "Motion"); and due notice of the Motion having been given; and after due deliberation thereon; it is hereby

ORDERED, DECREED, AND ADJUDGED THAT:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022 and Local Rule 3022-1, the request for a final decree closing the chapter 11 case of CWT Liquidation Company NFP (f/k/a The Clare at Water Tower), Case No. 11-46151, is granted effective as of the date hereof.

3. The Clerk of the Court is hereby directed to close this chapter 11 case and such docket shall thereafter be marked as closed.

4. The services of Epiq are terminated.  After entry of this Order, Epiq shall return all proofs of claim, original ballots, other original paper correspondence and the official claims registry to the Court. Thereafter, Epiq will have no further obligations to the Court, the Plan Administrator or any party in interest with respect to the service of claims in this chapter 11 case.  Epiq may continue to provide any services that may be requested by the Plan Administrator.

5. Epiq may delete all emails, facsimiles and other electronic transmissions received by Epiq in this chapter 11 case and destroy (i) all excess copies of notices, pleadings, plan solicitation documents, customized envelopes or other printed materials and (ii) all undeliverable and/or returned mail not previously destroyed.  Should Epiq receive any mail regarding this chapter 11 case after entry of this Order, Epiq will collect and forward such mail no less frequently than monthly to the Plan Administrator.

6. This Order is without prejudice to the rights of any party in interest to seek to reopen this chapter 11 case.

7. Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Enter: *[signature]*

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: October 20, 2015

**Prepared by:**

Oksana Koltko (IL ARDC No. 6303739)
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
Telephone: (312) 368-4000
Facsimile: (312) 236-7516